**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Megan Fields | Date: November 16, 2012 |
| Court Reporter: Janet Coppock | Time: 61 minutes |
| Probation Officer: Jeanette Woll | Interpreter: Marcela Salazar |

**CASE NO.  12-cr-00216-PAB**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Robert Brown for Kurt Bohn |
| Plaintiff, | |
| vs. | |
| RAMIRO PEREZ-RAMOS, | Matthew Belcher |
| Defendant. | |

**SENTENCING**

**10:36 a.m.    COURT IN SESSION**

Appearances of counsel.  Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications..

Court addresses Presentence Report

No objections by defense counsel Mr. Belcher.

Comments by defense counsel Mr. Belcher regarding sentencing.

Comments by government counsel Mr. Brown regarding sentencing.

Page Two
12-cr-00216-PAB
November 16, 2012

Statement by defendant Ramiro Perez-Ramos.

Objection by defendant Ramiro Perez-Ramos to paragraphs 28 and 46 of Presentence Report.

Oral motion by defendant Ramiro Perez-Ramos to reduce four points for acceptance of responsibility and miscalculations and to receive a prison sentence of seven months.

Court addresses if oral motion and objections violate Plea Agreement.

Comments by defense counsel Mr. Belcher.

Comments by government's counsel Mr. Brown.

**ORDERED:** Defendant's objections to paragraphs 28 and 46 of the Presentence Report are **OVERRULED**.

**ORDERED**: Oral motion by defendant Ramiro Perez-Ramos for variant sentence to reduce four points for acceptance of responsibility and miscalculations is **DENIED.**

**ORDERED:** Government's Motion for Variant Sentence (Doc. #19) is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **August 2, 2012** to count ONE of the indictment.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

Court states its findings and conclusions.

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

**ORDERED:**  Defendant shall be **imprisoned** for **fifteen (15)** months.

**ORDERED:**  Defendant shall pay **$100.00** Special Assessment, to be paid immediately .
**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**11:37 a.m.    COURT PROCEEDS TO 12-cr-00277-PAB**

**Total in court time: 1 hour and 1 minute**

**Hearing concluded**